AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Batchelder, Alice M. | 6th Cir. Ct. of Appeals | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Intellectual Property Law & Technology Advisory Council - University of Akron School of Law |
| 2. | Member | Board of Trustees - Grove City College - see note 1 |
| 3. | Member | Board of Directors - Foundation for Research on Economics and the Environment |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Batchelder, Alice M.** | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | OPERS - pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Batchelder, Alice M.** | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First Nat'l Bank of Wyoming | Mtge/Note on Property # 21 | K |
| 2. Westfield Bank | Mtge/Note on Properties 1, 8, 14, 20 | M |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Account # 1 -- IRA (H) | | | | | | | | | |
| 2. - Sequoia Financial Group Cash Account | A | Interest | J | T | | | | | |
| 3. CORP PIMCO Investment Grade Corp. Bond | A | Dividend | J | T | | | | | |
| 4. SCHE Schwab Emerging Markets | A | Dividend | J | T | | | | | |
| 5. SCHR Schwab Intermediate Term | A | Dividend | J | T | Buy | 08/06/18 | J | | |
| 6. | | | | | Buy | 12/21/18 | J | | |
| 7. | | | | | Sold (part) | 12/13/18 | J | A | |
| 8. SCHC Schwab Int'l Small | A | Dividend | J | T | | | | | |
| 9. SCHZ Schwab US aggregate bond | A | Dividend | J | T | Buy | 08/06/18 | J | | |
| 10. | | | | | Sold | 12/13/18 | J | A | |
| 11. | | | | | Buy | 12/21/18 | J | A | |
| 12. SCHV Schwab US Large Cap | A | Dividend | J | T | | | | | |
| 13. SCHX Schwab US Large Cap | A | Dividend | J | T | Sold (part) | 08/06/18 | J | A | |
| 14. | | | | | Sold | 12/13/18 | J | A | |
| 15. | | | | | Buy | 12/21/18 | J | A | |
| 16. SCHA Schwab US Small Cap | A | Dividend | J | T | | | | | |
| 17. RWO Spdr Dow Jones Global | A | Dividend | J | T | Buy | 08/06/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 12/13/18 | J | A | |
| 19. | | | | | Sold<br>(part) | 12/18/18 | J | A | |
| 20. CWI/ SPDR MSCI ACWI EX-US | A | Dividend | J | T | Sold | 08/06/18 | J | A | |
| 21. | | | | | Buy | 12/21/18 | J | | |
| 22. ACIM/SPDR MSCI ACWI IMI ETF | A | Dividend | J | T | Sold<br>(part) | 12/13/18 | J | A | |
| 23. GII\|SPDR S&P Global | A | Dividend | J | T | Sold<br>(part) | 12/21/18 | J | A | |
| 24. AGGY Wisdomtree Barclays Yield US | A | Dividend | J | T | Buy | 08/06/18 | J | | |
| 25. | | | | | Sold<br>(part) | 12/13/18 | J | A | |
| 26. GNR/SPDR S+P Global Nat'l | A | Dividend | J | T | Sold | 08/06/18 | J | A | |
| 27. | | | | | Sold<br>(part) | 12/21/18 | J | A | |
| 28. Account #2 - IRA (H) | | | | | | | | | |
| 29. -Sequoia Financial Group Cash Account | A | Interest | J | T | | | | | |
| 30. CORP/AMCO Invest Grade Corp | A | Dividend | J | T | | | | | |
| 31. SCHE/ Schwab Emerging Markets | A | Dividend | J | T | | | | | |
| 32. SCHR/ Schwab Intermediate term | A | Dividend | J | T | Buy<br>(add'l) | 08/06/18 | | | |
| 33. | | | | | Sold<br>(part) | 12/13/18 | J | A | |
| 34. | | | | | Buy<br>(add'l) | 12/21/18 | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Batchelder, Alice M.** | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SCHC/ Schwab Intern'l Small | A | Dividend | J | T | | | | | |
| 36. SCHZ/ Schwab US aggregate bond | A | Dividend | J | T | Buy (add'l) | 08/06/18 | J | | |
| 37. | | | | | Sold (part) | 12/13/18 | J | A | |
| 38. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 39. SCHV/ Schwab US Large Cap | A | Dividend | J | T | | | | | |
| 40. SCHX/ Schwab US Large Cap | A | Dividend | K | T | Sold (part) | 08/06/18 | J | A | |
| 41. | | | | | Sold (part) | 12/13/18 | J | A | |
| 42. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 43. SCHA/Schwab US Small Cap | A | Dividend | J | T | | | | | |
| 44. RWO SPDR Dow Jones Global Real Estate | A | Dividend | J | T | Buy (add'l) | 08/06/18 | J | | |
| 45. | | | | | Sold (part) | 12/13/18 | J | A | |
| 46. | | | | | Sold (part) | 12/21/18 | J | A | |
| 47. CWI SPDR MSCI ACWI Ex-US | A | Dividend | K | T | Sold | 08/06/18 | J | A | |
| 48. | | | | | Buy | 12/21/18 | J | | |
| 49. ACIM SPDR MSCI ACWI IMI | A | Dividend | K | T | Sold (part) | 12/13/18 | J | A | |
| 50. GII/ SPDR S&P Global Infrastructure | A | Dividend | J | T | Sold (part) | 12/21/18 | J | A | |
| 51. GNR SPDR Global Natural Resources | A | Dividend | | | Sold | 12/21/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AGGY Wisdomtree Barclays yield US | A | Dividend | J | T | Buy | 08/06/18 | J | | |
| 53. | | | | | Sold (part) | 12/13/18 | J | A | |
| 54. Account #3 - IRA (H) | | | | | | | | | |
| 55. - Sequoia Financial Group Cash Account | A | Interest | J | T | | | | | |
| 56. GWPFX American Funds Growth | A | Dividend | K | T | Buy (add'l) | 12/27/18 | J | | |
| 57. IVW I Shares S&P 500 Growth | A | Dividend | J | T | | | | | |
| 58. BLPFX/American Moderate Growth | A | Dividend | K | T | | | | | |
| 59. | | | | | Buy (add'l) | 03/26/18 | J | | |
| 60. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 61. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 62. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 63. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 64. Real Estate (H) | | | | | | | | | |
| 65. Prop. # 1 -- duplex -- Medina, Ohio | D | Rent | M | W | | | | | |
| 66. Prop. # 2 -- 2-family -- Medina, Ohio (1/3 int.) see note 2 | | | | | Sold | 01/29/18 | K | B | See note 2 |
| 67. Prop. # 3 -- Single family -- Medina, Ohio (1/3 int.) see note 2 | | | | | Sold | 01/29/18 | | | See note 2 |
| 68. Prop. # 4 -- 4 duplex units -- Medina, Ohio (1/2 interest) | D | Rent | M | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Prop. # 5 -- 2 duplex units -- Medina, Ohio (1/2 interest) | D | Rent | L | W | | | | | |
| 70. | Prop. # 6 -- 2-fam. & 3-fam. Houses -- Medina, OH (1/2 int) | D | Rent | L | W | | | | | |
| 71. | Prop. # 7 -- Apartments -- Medina, Ohio (1/3 interest) | E | Rent | N | W | | | | | |
| 72. | Prop. # 8 -- 2 duplex units -- Medina OH | D | Rent | M | W | | | | | |
| 73. | Prop. # 9 -- Farm -- Lodi, OH | D | Rent | O | W | | | | | |
| 74. | Prop. # 10 -- hog feeder, Lodi, OH (1/5 int) | | None | J | W | | | | | |
| 75. | Prop. # 11 -- single family -- Medina OH | D | Rent | M | W | | | | | |
| 76. | Prop. # 12 -- single family -- Medina, OH (1/2 interest) | C | Rent | K | W | | | | | |
| 77. | Prop. # 13 -- Commercial bldg -- Medina OH (2/3 interest) | E | Rent | N | W | | | | | |
| 78. | Prop. # 14 -- duplex -- Medina, OH | E | Rent | M | W | | | | | |
| 79. | Prop. # 15 -- vacant lot -- Medina, OH (1/2 interest) | | None | K | W | | | | | |
| 80. | Prop. # 16 -- Vacant land -- Medina, OH | | None | K | W | | | | | |
| 81. | Prop. # 17 -- single family -- Medina, OH | D | Rent | M | W | | | | | |
| 82. | Prop. # 18 -- single family -- Medina OH (1/2 interest) | B | Rent | K | W | | | | | |
| 83. | Prop. # 19 -- commercial bldg -- Medina OH | E | Rent | M | W | | | | | |
| 84. | Prop. # 20 -- Comm. Bldg with apt. -- Medina OH | D | Rent | M | W | | | | | |
| 85. | Prop. # 21 -- Vacant land -- Big Horn County, WY County, WY | A | Rent | N | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Batchelder, Alice M.** | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   Misc. (H) | | | | | | | | | |
| 87.   Farmers Savings Bank accounts (cash accounts) | A | Interest | M | T | | | | | |
| 88.   Huntington National Bank accounts (cash accounts) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Batchelder, Alice M.** | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1:The "audit" feature advises me that I should list the assets of the entity of which I am a trustee. I am assuming that this is not true when that entity is an educational institution, and the audit has simply detected the term "trust" in the item. Otherwise, this requirement is ridiculous, and I cannot comply with it.

Note 2:  These properties were sold as a unit.  The value code for the two together is "K" and the gain code for the two together is "B".  The software will not let me enter the complete name of the buyer, but if it is important to you, it was MGM Landscaping and Contracting, Inc.

Note 3:  I understand that next year's software will be all new.  Another opportunity for the committee to make the font a little smaller.  I have again spent hours smashing my nose against my monitor screen in order to read the font, but it's really hard to use the keyboard in that position.  Fortunately, I now have a really good chiropractor who can fix my neck now that I am through with the report for another year.

| Name of Person Reporting | Date of Report |
|---|---|
| **Batchelder, Alice M.** | 05/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alice M. Batchelder**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544